### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISRAEL ALKACERA-SANCHEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-22-232-F |
| | ) |
| GEO GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

On May 6, 2022, United States Magistrate Judge Amanda Maxfield Green issued an order granting plaintiff leave to proceed *in forma pauperis* and directing plaintiff pursuant to 28 U.S.C. § 1915(b)(1) to pay an initial partial filing fee of $18 by May 27, 2022. *See*, doc. no. 9. Magistrate Judge Green advised plaintiff that if he failed to pay the initial partial filing fee or show cause in writing for the failure to pay by May 27, 2022, this action would be subject to dismissal without prejudice to refiling.

On May 31, 2022, Magistrate Judge Green issued a Report and Recommendation, recommending the court dismiss this action without prejudice based on plaintiff's failure to pay the initial partial filing fee of $18. *See*, doc. no. 10. Magistrate Judge Green advised plaintiff of the right to file an objection to the Report and Recommendation on or before June 21, 2022.

The court clerk received a letter from plaintiff dated May 20, 2022. Plaintiff states that he received the order requiring him to pay the $18 by May 27, 2022.

Plaintiff states that he currently has no funds in his account to pay the $18 but requests additional time until June 11, 2022 to obtain the funds.

To date, plaintiff has not paid the $18 initial partial filing fee and has not filed any objection to Magistrate Judge Green's Report and Recommendation. With no objection being filed within the time specified in the Report and Recommendation, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 10) issued by United States Magistrate Judge Amanda Maxfield Green on May 31, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. This action is **DISMISSED WITHOUT PREJUDICE** to refiling. Plaintiff's motion to appoint counsel (doc. no. 3) and motion for extension of time (doc. no. 11) are **DENIED** as **MOOT**.

IT IS SO ORDERED this 6th day of July, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0232p001.docx